IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PROPHET SAINT DEVELOPER ) | | |
| WRITER ATTORNEY WITH LAW DR ) | | |
| DENNIS VANDYKE, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | 1:15CV678 |
| ) | | |
| KENT BROWN, et al., ) | | |
| ) | | |
| ) | | |
| Defendant(s). ) | | |

**ORDER AND JUDGMENT**

Plaintiff, while a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis. The form of the Complaint is such that a serious flaw makes it impossible to further process the Complaint.

Pursuant to the Prison Litigation Reform Act, Plaintiff may no longer proceed in forma pauperis in this Court unless he is under imminent danger of serious physical injury. The Act provides that:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). As noted by the United States District Court for the Western District of North Carolina, Plaintiff has had three or more cases dismissed on the grounds that they were frivolous. <u>Van Dyke v. Foster</u>, Case No. 1:16-cv-134-MR (W.D.N.C. June 6, 2016) (unpublished). Plaintiff makes no claims of danger sufficient to successfully circumvent the three strikes bar.

Consequently, the Complaint will be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. If Plaintiff obtains the required $400.00 filing fee, he should request the proper forms for filing his Complaint from the Clerk's Office and then file his Complaint on those forms, along with the filing fee.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is **DISMISSED** sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and accompanied by the $400.00 filing fee.

This the 24th day of September, 2018.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge